# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ferrari Financial Services, Inc.,

    Plaintiff(s),

v.

Gueorgui Gantchev,

    Defendant(s).

Case No. 2:25-cv-01729-JAD-NJK

**ORDER**

[Docket Nos. 6, 7]

Pending before the Court are Plaintiff's motion for service by publication or alternative service, Docket No. 6, and motion to extend the time to effectuate service, Docket No. 7. Concurrently herewith, the Court is ordering Plaintiff to show cause why this case should not be dismissed on jurisdictional grounds. Accordingly, the Court **DENIES** without prejudice the motion for service by publication or alternative service, Docket No. 6, and **GRANTS** in part the motion to extend the time to effectuate service, Docket No. 7. The Court **EXTENDS** the deadline to effectuate service to January 13, 2026.

IT IS SO ORDERED.

Dated: December 3, 2025

                                                  Nancy J. Koppe
                                                United States Magistrate Judge