**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ferrari Financial Services, Inc.,

     Plaintiff(s),

v.

Gueorgui Gantchev,

     Defendant(s).

Case No. 2:25-cv-01729-JAD-NJK

**ORDER**

Pending before the Court is an order for Plaintiff to show cause regarding diversity jurisdiction and Article III justiciability. Docket No. 8. Plaintiff filed a response. Docket No. 10. Based on the showings made in the response, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: January 22, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1