AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ferrari Financial Services, Inc.

Plaintiff,

v.

Gueorgui Gantchev

Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-01729-JAD-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiff Ferrari Financial Services, Inc. and against Defendant Gueorgui Gantchev in the amount of $52,007.80.

09/08/2026

Date

DEBRA K. KEMPI

Clerk

/s/ AMMi

Deputy Clerk